IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SOLOMON MONTAGUE, <br> No. 08712-424 <br>           Petitioner, <br><br> v. <br><br> T.G. WERLICH, <br>     Warden – Greenville FCI, <br><br>           Respondent. | Case No. 18-CV-00138-DRH |

**UNITED STATES OF AMERICA'S MOTION FOR EXTENSION OF
TIME TO FILE RESPONSE TO PETITIONER/DEFENDANT'S
§2241 MOTION**

The United States of America, through its attorneys Steven D. Weinhoeft, United States Attorney for the Southern District of Illinois, and Daniel T. Kapsak, Assistant United States Attorney for said District, for its Motion for Extension of Time to Respond to Petitioner's 28 U.S.C. §2241 Motion, states as follows:

1) On January 25, 2018, the Petitioner filed for post-conviction relief as set forth in Petitioner's §2241 motion (Doc. 1).

2) Government's Response to Petitioner's motion is currently due on October 19, 2018.

3) In an effort to supply the Court with the most thorough, and ideally beneficial, brief as possible, the United States respectfully requests additional time to properly review the motion, conduct relevant research, and write a response.

4) The Government believes an additional 45 days would be sufficient to complete a response to Petitioner's motion.

WHEREFORE, the United States respectfully requests this Court grant an extension of at least forty-five (45) days to properly comply with this Court's order.

Respectfully submitted,
STEVEN D. WEINHOEFT
United States Attorney


*s/ Daniel T. Kapsak*
DANIEL T. KAPSAK
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, IL 62208
Tel: 618-628-3700
Fax: 618-628-3730
E-Mail: Dan.Kapsak@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SOLOMON MONTAGUE, ) | |
| No. 08712-424 ) | |
|    Petitioner, ) | |
| ) | |
|   v. ) | Case No. 18-CV-00138-DRH |
| ) | |
| T.G. WERLICH, ) | |
|   Warden – Greenville FCI, ) | |
| ) | |
|    Respondent. ) | |

### Certificate of Service

I hereby certify that on October 12, 2018, I caused to be electronically Filed **United States of America's Motion for Extension of Time To File Response to Petitioner/Defendant's §2241 Motion** with the Clerk of Court using the CM/ECF system, and caused to be mailed by United States Postal Service on this same day, which will send notification of such filing(s) to the following non-registered participant:

Solomon Montague
08712-424
Greenville
Federal Correctional Institution
P.O. Box 5000
Greenville, IL 62246

              Respectfully submitted,
              STEVEN D. WEINHOEFT
              United States Attorney


              *s/ Daniel T. Kapsak*
              DANIEL T. KAPSAK
              Assistant United States Attorney
              Nine Executive Drive
              Fairview Heights, IL 62208
              Tel:  618-628-3700
              Fax:  618-628-3730
              E-Mail: Dan.Kapsak@usdoj.gov